AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JAMES ANDREW PHILLIPS,<br><br>Defendant(s) | )<br>)<br>) Case No. 20-6097-SNOW<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 24, 2020__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2113(a). | The defendant, JAMES ANDREW PHILLIPS, did knowingly take, by intimidation, from the person and presence of an employee of Amtrust Bank, United States currency, belonging to, and in the care, custody, control, management, and possession of Amtrust Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a). |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

Baxter Cohen, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 2/25/20

_____
Judge's signature

City and state: __Fort Lauderdale, Florida__  __Lurana S. Snow, United States Magistrate Judge__
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Baxter Cohen, being duly sworn, deposes and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI). I have been an FBI Special Agent since October 2019 and am currently assigned to the Bank Robbery branch of the FBI's Miami Division.

2. The statements contained in this Affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials in this investigation. I have not included in this Affidavit each and every fact known to me. Rather, I have included only the facts that I believe are necessary to establish probable cause that JAMES ANDREW PHILLIPS committed bank robbery, in violation of Title 18, United States Code, Section 2113(a).

3. On February 24, 2020, at approximately 1:26pm, a black male (later identified as PHILLIPS) entered Amtrust Bank, a bank whose deposits are insured by the Federal Deposit Insurance Corporation, located at 3600 W. Hillsboro Blvd., Deerfield Beach, FL 33442.

4. Upon entering the bank, PHILLIPS was wearing a grey hooded sweatshirt with the hood over his head, a white baseball hat, black and yellow gloves, and holding a red bandana. He was holding a black duffle bag. PHILLIPS approached the victim bank teller and threw the duffle bag at the teller. PHILLIPS instructed the teller to fill up the duffle bag with United States currency. The teller, fearing for her safety, complied with PHILLIPS' instructions.

5. PHILLIPS further instructed the teller to put the money in the bag with no dye-packs and no trackers stating, "I don't need no trackers." The victim teller complied and placed approximately six thousand nine hundred and ninety six dollars ($6,996) in United States currency into the bag with the assistance of another teller. PHILLIPS yelled, "Hurry up," and "move"

multiple times to the victim tellers. Once he observed the money in the bag, PHILLIPS left the bank.

6. While PHILLIPS was speaking with the teller, another bank employee pressed the silent alarm to alert law enforcement. An employee witnessed PHILLIPS flee in a dark colored SUV with the last two digits of the tag being "14." The information was relayed to dispatch and provided to the responding law enforcement officers.

7. Arriving law enforcement personnel observed a dark blue Chevrolet Equinox SUV bearing license plate number "IFH T14" driving in the opposite direction of the bank approximately half a mile away from the bank. Law enforcement personnel attempted to stop the vehicle, but it fled in an apparent attempt to get away. The driver of the Equinox threw a grey, hooded sweatshirt out of the driver's window. The vehicle stopped at 3650 SW 10th St., Deerfield Beach, FL 33442. The driver bailed out of the vehicle and jumped into a nearby canal. Law enforcement personnel arrested PHILLIPS on the other side of the canal located at 301 Freedom Court, Deerfield Beach 33442 at approximately 1:37pm.

8. Inside the open door of the vehicle, in plain view, was a black duffle bag with visible United States currency, a pair of sunglasses, a red bandana, a makeshift mask, and a pair of black and yellow gloves.

9. The bank robbery was recorded on the bank's video security cameras. This footage revealed photos and video of the subject's clothing to include black and yellow gloves and a red bandana. FBI Agents recovered the security footage from the bank.

10. During an interview post Miranda, PHILLIPS admitted he robbed the bank. When shown a picture taken from the security footage and asked about his attire, he stated, "You can see what I'm wearing." PHILLIPS advised he borrowed the SUV from his father and admitted

everything in the vehicle belonged to him. PHILLIPS confessed to throwing the grey, hooded sweatshirt out of the fleeing vehicle. PHILLIPS advised he was recently released from federal prison after serving twenty-two (22) years for bank robbery. According to PHILLIPS, he was unable to find a job and needed money.

11. Based on the foregoing facts, I respectfully submit there is probable cause to believe JAMES ANDREW PHILLIPS did knowingly take, by intimidation, from the person and presence of an employee of Amtrust Bank, located at 3600 W. Hillsboro Blvd., Deerfield Beach, FL 33442., approximately six thousand nine hundred and ninety six dollars ($6,996) in United States currency, belonging to, and in the care, custody, control, management, and possession of Amtrust Bank, in violation of Title 18, United States Code, Section 2113(a).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

SPECIAL AGENT BAXTER COHEN
FEDERAL BUREAU OF INVESTIGATION

Sworn to and subscribed before me
this 25 day of February 2020.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE